JULIAN BACH, BAR NO. 162421
LAW OFFICE OF JULIAN BACH
17011 Beach Blvd., Suite 300
Huntington Beach, California 92647
Telephone: (714) 848-5085
Facsimile: (714) 848-5086

Attorneys for Secured Creditor
ASSET MANAGEMENT WEST 14, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

WOODLAND HILLS DIVISION

In re

CEDROS PROPERTIES, LLC,

Debtor.

Case No. SV 10–14897 MT

Chapter 11

**NOTICE OF PERFECTION OF SECURITY INTEREST IN RENTS PURSUANT TO BANKRUPTCY CODE SECTION 546(b) AND NON-CONSENT TO USE OF CASH COLLATERAL**

**Real Property:**

8505 Cedros Avenue
Los Angeles, CA 91402

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, DEBTOR AND ITS COUNSEL, THE OFFICE OF THE U.S. TRUSTEE, AND TO ALL PARTIES IN INTEREST:

**PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. §§ 552(b) and 546(b) of the Bankruptcy Code, Asset Management West 14, LLC, its assignees and/or successors in interest, has a security interest in the rents, profits, fixtures and leases in that certain real property commonly known as 8505 Cedros Avenue, Los Angeles (Panorama City area), California, and described in and by virtue of that certain deed of trust dated May 17, 2007 in favor of Impac Commercial Corporation and recorded as document no. 20071311920 on May 31, 2007 in the Recorder's Office for the County of Los Angeles, and assigned to Zions First National Bank by

1

that certain Corporation Assignment of Deed of Trust recorded as document no. 20080716456 on April 24, 2008 in the Recorder's Office for the County of Los Angeles, and thereafter assigned to Asset Management West 14, LLC by that certain Assignment of Deed of Trust, Assignment of Rents, Security Agreement and Fixture Filing recorded as document no. 20100537251 in the Recorder's Office for the County of Los Angeles. True and correct copies of the Deed of Trust, Corporation Assignment of Deed of Trust, and Assignment of Deed of Trust, Assignment of Rents, Security Agreement and Fixture Filing are attached hereto as Exhibits A, B and C respectively.

**YOU ARE FURTHER NOTIFIED** that all rents and profits of said property are each cash collateral within the meaning of Section 363(a) of the Bankruptcy Code, and may not be used or commingled by any party without authorization of the Bankruptcy Court or consent of this Secured Creditor.

Dated: April 28, 2010

LAW OFFICE OF JULIAN BACH

By: _____
JULIAN BACH
Attorneys for Secured Creditor,
ASSET MANAGEMENT WEST 14, LLC

| In re<br>CEDROS PROPERTIES, LLC | (SHORT TITLE) | | CHAPTER: 11 |
|---|---|---|---|
| | | Debtor(s). | CASE NO.: SV 10-14897 MT |

**NOTE:** When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 17011 Beach Blvd., Suite 300, Huntington Beach, CA 92647

A true and correct copy of the foregoing document described as **NOTICE OF PERFECTION OF SECURITY INTEREST IN RENTS PURSUANT TO BANKRUPTCY CODE SECTION 546(b) AND NON-CONSENT TO USE OF CASH COLLATERAL** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d), and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On __04/28/2010__ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive BEF transmission at the email address indicated below:

U.S. Trustee            ustpregion16.sv.ecf@usdoj.gov
David B Golubchik       dbg@lnbrb.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On __04/28/2010__ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

(Debtor)
Cedros Properties, LLC
8505 Cedar Avenue
Panorama City, CA 91402
[Via U.S. Mail]

(Debtor's Counsel)
David B Golubchik
Levene Neale Bender Rankin & Brill LLP
10250 Constellation Blvd Ste 1700
Los Angeles, CA 90067
[Vi a U.S. Mail]

United States Trustee
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367
[Via U.S. Mail]

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 04/28/2010 | JULIAN BACH | _(signature)_ |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009