DAVID B. GOLUBCHIK (State Bar No. 185520)
J.P. FRITZ (State Bar No. 245240)
LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dbg@lnbrb.com; jpf@lnbrb.com

Proposed Attorneys for Chapter 11
Debtor and Debtor in Possession

FILED & ENTERED

APR 29 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | Case No.: 2:10-bk-26875-ER |
| | Chapter 11 Case |
| CEDROS PROPERTIES, LLC, | **ORDER SCHEDULING HEARING ON FIRST DAY EMERGECNY MOTIONS** |
| Debtor and Debtor in Possession, | Hearing:<br>Date: May 3, 2010<br>Time: 10:00 a.m.<br>Ctrm: 255 East Temple Street<br>Courtroom 1568<br>Los Angeles, CA 90012 |

1

1    This Court, having considered the request of Cedros Properties, LLC, debtor and debtor in possession herein ("Debtor"), for a hearing on an emergency basis to consider the Debtor's (1) Emergency Motion For Entry Of An Order Authorizing Debtor To Use Cash Collateral On An Interim Basis Pending A Final Hearing; and (2) Emergency Motion For Entry Of An Order Authorizing Debtor To Provide Adequate Assurance Of Future Payment To Utility Companies Pursuant To Section 366(c) Of The Bankruptcy Code (collectively, the "Motions"), and finding that good cause exists to schedule a hearing on the Motions on an expedited basis,

**IT IS HEREBY ORDERED** as follows:

1. The hearing on the Motions shall be held on May 3, 2010 at 10:00 a.m.; and
2. Debtor shall provide telephonic notice of the hearing to all parties with an interest in cash collateral, affected utility companies, and the United States Trustee, by 12:00 p.m. on April 30, 2010. Movant shall serve written notice of the hearing and the moving papers on the United States Trustee, all secured creditors, affected utility companies, and the twenty largest unsecured creditors via overnight mail no later than April 29, 2010. Movant shall serve notice of the hearing on the remaining creditors via First-Class mail no later than April 29, 2010. Any opposition to the Motion shall be heard at the hearing. Movant shall submit a declaration indicating that notice was provided consistent with this Order by or before the hearing.

IT IS SO ORDERED.

# # #

DATED: April 29, 2010

_____
United States Bankruptcy Judge

2

| In re. CEDROS PROPERTIES, LLC | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:10-bk-26875-ER |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER SCHEDULING HEARING ON FIRST DAY EMERGECNY MOTIONS** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **April 29, 2010** the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

* Julian K Bach    Julian@Jbachlaw.com
* David B Golubchik    dbg@lnbrb.com
* United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐    Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐    Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

**SEE ATTACHED SERVICE LIST**

☒    Service information continued on attached page

**ADDITIONAL SERVICE INFORMATION** (if needed):

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9021-1.1**

In re Cedros Properties, LLC
Case No. 1:10-bk-14897-MT
MML

| Debtor | Debtor's Counsel | U.S. Trustee |
|---|---|---|
| Cedros Properties, LLC<br>c/o Moussa Kashani<br>445 S. Beverly Drive, Suite 300<br>PO Box 3770<br>Beverly Hills, CA 90212-0770 | David B. Golubchik<br>Levene, Neale, Bender, Rankin & Brill LLP<br>10250 Constellation Blvd., Suite 1700<br>Los Angeles, CA 90067 | Ernst & Young Plaza<br>725 S. Figueroa Street, 26th Floor<br>Los Angeles, CA 90017 |
| Asset Management West 14, LLC<br>Attn: Ken Thayer<br>18831 Von Karman Ave., Suite 380<br>Irvine, CA 92612 | Bon Pest Control<br>12621 Venice Blvd.<br>Los Angeles, CA 90066 | Capital Insurance Group<br>PO Box 2093<br>Monterey, CA 93942 |
| Cardmember Services<br>PO Box 94014<br>Palatine, IL 60094-4014 | City of LA - Housing Dept<br>PO Box 30970<br>Los Angeles, CA 90030-0970 | City of LA - Office of Finance<br>PO Box 53200<br>Los Angeles, CA 90053-0200 |
| Crown Disposal Co. Inc.<br>PO Box 1081<br>Sun Valley, CA 91352 | Floor Design<br>840 S. Robertson Bl.<br>Los Angeles, CA 90035 | Franchise Tax Board<br>Special Procedures<br>POB 2952<br>Sacramento, CA 95812 |
| Internal Revenue Service<br>Insolvency I Stop 5022<br>300 N. Los Angeles St., #4062<br>Los Angeles, CA 90012-9903 | Julian Bach, Esq.<br>17011 Beach Blvd #300<br>Huntington Beach, CA 92647 | Los Angeles Dept of Water & Power<br>PO Box 30808<br>Los Angeles, CA 90030-0808 |
| Moosa Haimof<br>15300 Ventura Blvd., Suite 218<br>Sherman Oaks, CA 91403 | Pezeshk Electric<br>268 N. Cresent Dr. #302<br>Beverly Hills, CA 90210 | Sandoval Carpet Cleaning<br>8503 Topias Ave # 18<br>Panorama City, CA 91402 |
| Smooth Carpet<br>1010 W. 48th Street<br>Los Angeles, CA 90037 | The Gas Company<br>PO Box C<br>Monterey Park, CA 91756 | |