JULIAN BACH, ESQ., STATE BAR NO. 162421
LAW OFFICE OF JULIAN BACH
17011 Beach Blvd., Suite 300
Huntington Beach, California 92647
Telephone: (714) 848-5085
Facsimile: (714) 848-5086

Attorneys for Secured Creditor,
ASSET MANAGEMENT WEST 14, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CEDROS PROPERTIES, LLC,<br><br>　　　Debtor and Debtor-in-Possession. | Case No. LA 10-26875 ER<br><br>Chapter 11<br><br>**DECLARATION OF STEVE SCHWARTZ IN RESPONSE TO DEBTOR'S EMERGENCY MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTOR'S USE OF CASH COLLATERAL**<br><br>Date:　May 3, 2010<br>Time:　10:00 a.m.<br>Place:　Courtroom 1568<br>　　　　U.S. Bankruptcy Court<br>　　　　255 East Temple Street<br>　　　　Los Angeles, CA |

## DECLARATION OF STEVE SCHWARTZ

I, Steve Schwartz, declare as follows:

1. I am over the age of eighteen and have personal knowledge of the facts contained in this declaration, and if called upon to testify thereto I could and would testify competently to the facts contained herein.

2. I am a Member of Asset Management West 14, LLC, a Secured Creditor in this proceeding ("Secured Creditor"). In such capacity, I have custody and control of the business records of Secured Creditor as they relate to the subject real property of this action located at 8505 Cedros Avenue, Los Angeles, California ("subject property" herein), and to the loan transaction which is the subject of this action. I am familiar with the manner in which those records are compiled.

3. The records of Secured Creditor are made in the ordinary course of business by persons who have a business duty to Secured Creditor to make such records. The records were made at or near the time of the occurrence of the event or events of which they are of record. I have personally reviewed Secured Creditor's records as they relate to the subject transaction herein, and, as a result, I am qualified to testify to the facts herein.

4. On or about May 17, 2007, Impac Commercial Capital Corporation ("Impac") funded a loan to Debtor Cedros Properties, LLC (the "Debtor" herein) in the original principal sum of $1,466,000.00 plus interest at a rate as defined in the Promissory Note (the "Note"). The Note is secured by a duly executed Deed of Trust ("Deed of Trust") against the subject property. Attached hereto as Exhibits A and B are copies of said Note and Deed of Trust.

5. In or about April 2008, the subject loan was sold and assigned by Impac to Zions First National Bank. Attached hereto as Exhibit C is a copy of the Corporation Assignment of Deed of Trust from Impac to Zions First National Bank.

6. In April 2010, the subject loan was sold and assigned by Zions First National Bank to Secured Creditor. Attached hereto as Exhibit D is a copy of the Assignment of Deed of Trust, Assignment of Rents, Security Agreement and Fixture Filing.

1    7.    Pursuant to the terms of the subject loan documents, the Debtor was to tender payments under the Note in the amount of $8,993.29 per month, commencing July 1, 2007, and each month thereafter, at an interest rate more fully set forth therein. Pursuant to the terms of the subject loan documents, the subject loan is to mature on June 1, 2037.

8.    In or about September 2009, the Debtor defaulted under the terms of the subject loan by failing to make the payment then due, plus all subsequent payments, late charges, fees and costs.

9.    As of April 30, 2010, the following is due and owing under the subject loan:

| | |
|---|---|
| Unpaid Principal Balance | $1,433,223.80 |
| Accrued Unpaid Interest | $ 122,127.33 |
| Late Charges | $ 4,411.32 |
| Fees and costs (est.) | $ 15,332.23 |
| Total Due and Owing | $1,575,094.68 |

Further, a payment comes due on May 1, 2010, and on the first day of each month thereafter, with an additional late charge accruing each month if the payment is not made within ten days of the date for which it is due. Additionally, real property taxes are in default.

10.    The original Certificate of Occupancy for the subject property by the City of Los Angeles indicates that the subject property is an apartment complex consisting of 18 rental units and 3 guest rooms. Attached hereto as Exhibit E is a copy of the Los Angeles City Certificate of Occupancy.

11.    The subject property is located in a rent-controlled area of the City of Los Angeles. It is my understanding that the 3 guest rooms were being used as 4 efficiency units, which were deemed illegal by the City of Los Angeles due to the size of the units and the lack of sufficient parking on the subject property.

12.    In or about February 2006, the Debtor was authorized by the City of Los Angeles, Department of Building and Safety, to convert the 3 guest rooms, which were being used as 4 illegally-converted efficiency units, into 4 efficiency rentable units, in compliance with the

2

affordable housing requirements of the City of Los Angeles, provided that certain improvements and conditions were met within the time period provided by the City of Los Angeles. Attached hereto as Exhibit F is a true and correct copy of the Covenant and Agreement recorded with the County of Los Angeles Recorder's Office on August 22, 2006, which contains the terms and conditions approved by the City of Los Angeles.

13.    After obtaining multiple extensions of time to complete the work to the 4 units required by the City of Los Angeles, in October 2008, the Debtor was ordered by the City of Los Angeles to comply with the terms specified by the Department of Building and Safety. Attached hereto as Exhibit G is a copy of the Order To Comply, along with seven (7) open permit/compliance issues that have yet to be resolved.

14.    Secured Creditor has recently conducted its own inspection of the subject property. In addition to the continued failure to finish the conversion of the 4 units, which have been left in various states of disrepair including unfinished dry walling and electrical wiring issues, the subject property appears to be in a current state of dangerous disrepair. Among other things, at least three air conditioning units are missing, the security gate was unlocked, all the fire hydrants were missing, and the pool is unkept.

15.    It is my understanding that the Department of Building and Safety has referred the matter to the Los Angeles City Attorney's Office, which has an open investigation of the subject property pending, and that the City is close to putting the subject property under the City's Rent Escrow Account Program ("REAP"), wherein the City collects the rents generated by the subject property and holds the funds in escrow as a mechanism to enforce compliance with health and safety violations.

16.    Just prior to the filing of this bankruptcy, Secured Creditor had given ex parte notice that it was seeking the immediate appointment of a Receiver to take possession and operate the subject property due to the various issues set forth above.

17.    Based upon the Broker's Price Opinion attached hereto as Exhibit H, Secured Creditor alleges the value of the subject property to be no more than $1,400,000.00.

3

1  I declare under penalty of perjury under the laws of the United States of America
2  that the foregoing is true and correct.
3  Executed this 2nd day of May, 2010, at Newport Beach, California.

                            _____
                            Steve Schwartz, Declarant

4