DAVID B. GOLUBCHIK (State Bar No. 185520)
J.P. FRITZ (State Bar No. 245240)
LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dbg@lnbrb.com; jpf@lnbrb.com

Proposed Attorneys for Chapter 11
Debtor and Debtor in Possession

FILED & ENTERED

MAY 13 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | ) Case No.: 2:10-bk-26875-ER |
| | ) |
| | ) Chapter 11 Case |
| CEDROS PROPERTIES, LLC, | ) |
| | ) **ORDER: (1) GRANTING DEBTOR'S** |
| | ) **EMERGENCY MOTION FOR ENTRY** |
| | ) **OF AN ORDER AUTHORIZING** |
| Debtor and Debtor in Possession, | ) **DEBTOR TO USE CASH** |
| | ) **COLLATERAL ON AN INTERIM** |
| | ) **BASIS PENDING A FINAL HEARING;** |
| | ) **AND (2) SCHEDULING A FINAL** |
| | ) **HEARING PURSUANT TO** |
| | ) **BANKRUPTCY RULE 4001(c)** |
| | ) |
| | ) |
| | ) Hearing: |
| | ) Date:    May 3, 2010 |
| | ) Time:    10:00 a.m. |
| | ) Ctrm:    255 East Temple Street |
| | ) Courtroom 1568 |
| | ) Los Angeles, CA 90012 |
| | ) |
| | ) **Final Hearing:** |
| | ) **Date:    June 15, 2010** |
| | ) **Time:    10:00 a.m.** |
| | ) **Ctrm:    255 East Temple Street** |
| | ) **Courtroom 1568** |
| | ) **Los Angeles, CA 90012** |
| | ) |
| | ) |

1

1    On May 3, 2010, at 10:00 a.m. in Courtroom 1568, the Court held a hearing on

2  *Debtor's Emergency Motion for Entry of an Order Authorizing Debtor to Use Cash*

3  *Collateral on an Interim Basis Pending a Final Hearing* (the "<u>Motion</u>") filed by Cedros

4  Properties, LLC, (the "<u>Debtor</u>") the chapter 11 debtor and debtor in possession in the above-

5  referenced chapter 11 case.  Appearances were made as noted on the record.

6    The Court, having read and considered the Notice of the Motion, the Motion, the

7  Memorandum of Points and Authorities in support of the Motion, and the Declaration of

8  Moussa Kashani (the "<u>Kashani Declaration</u>") in support thereof, secured creditor Asset

9  Management West 14 LLC's ("<u>AWM</u>") opposition (the "<u>Opposition</u>") to the Motion, all other

10  pleadings filed in connection with the Motion, and having considered the agreement reached

11  between and represented by the Debtor and AWM on cash collateral use on an interim basis

12  on the record at the hearing on the Motion, as well as the findings made on the record at the

13  hearing on the Motion, which are incorporated herein by this reference, and for good cause

14  shown,

15    **IT IS HEREBY ORDERED**, as follows:

16    1.    Notice of the Motion was appropriate under the circumstances and complied

17  with the requirements of the Bankruptcy Code, Bankruptcy Rules, and Local Bankruptcy

18  Rules, as may have been modified by the Court;

19    2.    With regards to use of cash collateral, the Motion, is GRANTED on an interim

20  basis pending a final hearing, which final hearing shall be held on **June 15, 2010, at 10:00**

21  **a.m.**, at the above-referenced location (the "<u>Final Hearing</u>"); and

22    3.    The Debtor is hereby authorized to use cash collateral, through and including

23  the conclusion of the Final Hearing (the "<u>Interim Period</u>") pursuant to the approved budget

24  (the "<u>Budget</u>") attached as Exhibit "A" to the Kashani Declaration.

25

26

27

28

1

2      **<u>IT IS SO ORDERED.</u>**

3
                                  # # #
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    DATED: May 13, 2010
                                              _____
26                                            United States Bankruptcy Judge

27

28

| In re. CEDROS PROPERTIES, LLC | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:10-bk-26875-ER |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067

The foregoing document described as **ORDER: (1) GRANTING DEBTOR'S EMERGENCY MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTOR TO USE CASH COLLATERAL ON AN INTERIM BASIS PENDING A FINAL HEARING; AND (2) SCHEDULING A FINAL HEARING PURSUANT TO BANKRUPTCY RULE 4001(c)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**</u> – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 6, 2010,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. <u>**SERVED BY U.S. MAIL OR OVERNIGHT MAIL**</u>(indicate method for each person or entity served)**:** On **May 6, 2010,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page served via first class mail

III. <u>**SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**</u> (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 6, 2010**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.*

**VIA ATTORNEY MESSENGER DELIVERY**
Hon. Ernest Robles
United States Bankruptcy Court
255 E. Temple Street, Ctrm 1568
Los Angeles, California 90012     ☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **May 6, 2010** | Jason Klassi | */s/ Jason Klassi* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                      **F 9013-3.1**

In re Cedros Properties, LLC
Case No. 1:10-bk-14897-MT
MML

| Debtor | Debtor's Counsel | U.S. Trustee |
|---|---|---|
| Cedros Properties, LLC | David B. Golubchik | Ernst & Young Plaza |
| c/o Moussa Kashani | Levene, Neale, Bender, Rankin & Brill LLP | 725 S. Figueroa Street, |
| 445 S. Beverly Drive, Suite 300 | 10250 Constellation Blvd., Suite 1700 | 26th Floor |
| PO Box 3770 | Los Angeles, CA 90067 | Los Angeles, CA 90017 |
| Beverly Hills, CA 90212-0770 | | |
| | Bon Pest Control | Capital Insurance Group |
| Asset Management West 14, LLC | 12621 Venice Blvd. | PO Box 2093 |
| Attn: Ken Thayer | Los Angeles, CA 90066 | Monterey, CA 93942 |
| 18831 Von Karman Ave., Suite 380 | | |
| Irvine, CA 92612 | | |
| Cardmember Services | City of LA - Housing Dept | City of LA - Office of Finance |
| PO Box 94014 | PO Box 30970 | PO Box 53200 |
| Palatine, IL 60094-4014 | Los Angeles, CA 90030-0970 | Los Angeles, CA 90053-0200 |
| Crown Disposal Co. Inc. | Floor Design | Franchise Tax Board |
| PO Box 1081 | 840 S. Robertson Bl. | Special Procedures |
| Sun Valley, CA 91352 | Los Angeles, CA 90035 | POB 2952 |
| | | Sacramento, CA 95812 |
| Internal Revenue Service | Julian Bach, Esq. | Los Angeles Dept of Water |
| Insolvency I Stop 5022 | 17011 Beach Blvd #300 | & Power |
| 300 N. Los Angeles St., #4062 | Huntington Beach, CA 92647 | PO Box 30808 |
| Los Angeles, CA 90012-9903 | | Los Angeles, CA 90030-0808 |
| Moosa Haimof | Pezeshk Electric | Sandoval Carpet Cleaning |
| 15300 Ventura Blvd., Suite 218 | 268 N. Cresent Dr. #302 | 8503 Topias Ave # 18 |
| Sherman Oaks, CA 91403 | Beverly Hills, CA 90210 | Panorama City, CA 91402 |
| Smooth Carpet | The Gas Company | |
| 1010 W. 48th Street | PO Box C | |
| Los Angeles, CA 90037 | Monterey Park, CA 91756 | |

| | |
|---|---|
| In re. CEDROS PROPERTIES, LLC<br><br>Debtor(s). | CHAPTER  11<br>CASE NUMBER  2:10-bk-26875-ER |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER: (1) GRANTING DEBTOR'S EMERGENCY MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTOR TO USE CASH COLLATERAL ON AN INTERIM BASIS PENDING A FINAL HEARING; AND (2) SCHEDULING A FINAL HEARING PURSUANT TO BANKRUPTCY RULE 4001(c)** was entered on the date indicated as  Entered  on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (**"**NEF**"**)**    Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **May 6, 2010** the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

* Julian K Bach    Julian@Jbachlaw.com
* David B Golubchik    dbg@lnbrb.com
* United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐    Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐    Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an  Entered  stamp, the party lodging the judgment or order will serve a complete copy bearing an  Entered  stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

**SEE ATTACHED SERVICE LIST (served via first class mail)**

☒    Service information continued on attached page

**ADDITIONAL SERVICE INFORMATION** (if needed):

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                     **F 9021-1.1**

In re Cedros Properties, LLC
Case No. 1:10-bk-14897-MT
MML

| Debtor | Debtor's Counsel | U.S. Trustee |
|---|---|---|
| Cedros Properties, LLC | David B. Golubchik | Ernst & Young Plaza |
| c/o Moussa Kashani | Levene, Neale, Bender, Rankin & Brill LLP | 725 S. Figueroa Street, |
| 445 S. Beverly Drive, Suite 300 | 10250 Constellation Blvd., Suite 1700 | 26th Floor |
| PO Box 3770 | Los Angeles, CA 90067 | Los Angeles, CA 90017 |
| Beverly Hills, CA 90212-0770 | | |
| | | Capital Insurance Group |
| Asset Management West 14, LLC | Bon Pest Control | PO Box 2093 |
| Attn: Ken Thayer | 12621 Venice Blvd. | Monterey, CA 93942 |
| 18831 Von Karman Ave., Suite 380 | Los Angeles, CA 90066 | |
| Irvine, CA 92612 | | |
| Cardmember Services | City of LA - Housing Dept | City of LA - Office of Finance |
| PO Box 94014 | PO Box 30970 | PO Box 53200 |
| Palatine, IL 60094-4014 | Los Angeles, CA 90030-0970 | Los Angeles, CA 90053-0200 |
| Crown Disposal Co. Inc. | Floor Design | Franchise Tax Board |
| PO Box 1081 | 840 S. Robertson Bl. | Special Procedures |
| Sun Valley, CA 91352 | Los Angeles, CA 90035 | POB 2952 |
| | | Sacramento, CA 95812 |
| Internal Revenue Service | Julian Bach, Esq. | Los Angeles Dept of Water |
| Insolvency I Stop 5022 | 17011 Beach Blvd #300 | & Power |
| 300 N. Los Angeles St., #4062 | Huntington Beach, CA 92647 | PO Box 30808 |
| Los Angeles, CA 90012-9903 | | Los Angeles, CA 90030-0808 |
| Moosa Haimof | Pezeshk Electric | Sandoval Carpet Cleaning |
| 15300 Ventura Blvd., Suite 218 | 268 N. Cresent Dr. #302 | 8503 Topias Ave # 18 |
| Sherman Oaks, CA 91403 | Beverly Hills, CA 90210 | Panorama City, CA 91402 |
| Smooth Carpet | The Gas Company | |
| 1010 W. 48th Street | PO Box C | |
| Los Angeles, CA 90037 | Monterey Park, CA 91756 | |